```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

HASSIE HOWELL AND MARIA              CIVIL ACTION
E. HOWELL

VERSUS                               NO. 06-9578

HARTFORD INSURANCE COMPANY           SECTION "R"(5)
OF THE MIDWEST, AARP, INC.,
AND ABC INSURANCE COMPANY

## ORDER AND REASONS

Before the Court is the motion of plaintiffs Hassie Howell and Maria E. Howell to remand this action to state court. Plaintiffs contend in their motion that remand is proper because defendant AARP is not fraudulently joined, and thus complete diversity of the parties does not exist in this matter. Plaintiffs' motion is based on an erroneous characterization of the facts as they have alleged them to be.  In their state court petition, plaintiffs assert that AARP is a foreign corporation. (R. Doc. 2-2, at 1).  In their motion to remand, they concede that both AARP and co-defendant Hartford are domiciled outside of Louisiana.  (R. Doc. 7-3, at 1).  Further, Hartford, which removed this case to federal court, did so based on the complete

diversity of the parties, not on fraudulent joinder.  (R. Doc. 1).  Because plaintiffs have not rebutted, and in fact admit, that the parties are completely diverse, jurisdiction over this matter is proper under 28 U.S.C. § 1332.[1]  Plaintiffs' motion to remand is therefore DENIED.

New Orleans, Louisiana, this 24th day of April, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs do not contest Hartford's assertion that the amount in controversy exceeds $75,000, a requirement under 28 U.S.C. § 1332.  (*See* R. Doc. 1, at 3-5).